UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Doris Lipps  
Post Office 393  
Piney Flats, Tennessee 37686

CASE NO.: 3:06-CV-2432

MDL Docket No. 1699

Plaintiff,

v.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

PFIZER, INC.,  
Serve: Registered Agent  
CT Services Corporation  
818 West 7th Street  
Los Angeles, CA 90017

      Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff Doris Lipps and Defendant Pfizer, Inc. move to dismiss this case without prejudice. The parties have agreed that each party will bear their own costs and fees in this matter. Should Doris Lipps or a representative of Plaintiff attempt to re-file claim against Pfizer, Inc. they shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

      AND IT IS ORDERED.

Dated: __June 16, 2006__



Hon. Charles R. Breyer  
United States

IT IS SO ORDERED  
Judge Charles R. Breyer