Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone:  334-269-2343
Facsimile:  334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.: 06-2432 CRB**<br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| John Cole, individually, et al.,<br><br>                                    Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs David R. Davis, individually, Michael Dillon, individually, Ronnie Howell, individually, Barbara Johnson, individually, and Annette Woods, individually, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: 12. 8, 2009 | By: /s/ Navan Ward Jr. |
| 2 | | |
| 3 | | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. |
| 4 | | 218 Commerce Street<br>P.O. Box 4160 |
| 5 | | Montgomery, Alabama 36103<br>Telephone: 334-269-2343<br>Facsimile: 334-954-7555 |
| 6 | | |
| 7 | | *Attorneys for Plaintiffs* |
| 8 | DATED: Dec. 9, 2009 | By: /s/ |
| 9 | | |
| 10 | | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 11 | | New York, New York 10020<br>Telephone: 212-335-4500 |
| 12 | | Facsimile: 212-335-4501 |
| 13 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 6 2009

Hon. Charles R. Breyer
United States District Court

-2-