1  Ted G. Meadows
   Navan Ward, Jr.
2  Gerald B. Taylor, Jr.
   Andy D. Birchfield, Jr.
3  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
4  234 Commerce Street
   P.O. Box 4160
5  Montgomery, Alabama 36103
   Telephone: 334-269-2343
6  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX              | **MDL NO. 1699**
   | MARKETING SALES PRACTICES AND           | **District Judge: Charles R. Breyer**
13 | PRODUCT LIABILITY LITIGATION            |

14 This Document Relates To:

15 *Ruth M. Dickman v. G.D. Searle, et al.*    **STIPULATION AND ORDER OF**
   (05-4783 CRB)                              **DISMISSAL WITH PREJUDICE**
16
   *Donald H. Fugate v. G.D. Searle, et al..*
17 (05-4783 CRB)

18 *Gary Estes v. Pfizer Inc., et al.*
   (06-2432 CRB)
19
   *Joeann Hill v. Pfizer Inc., et al.*
20 (06-2432 CRB)

21 *Claude Gibasiewicz v. Pfizer, Inc., et al.*
   (06-6081 CRB)
22
   *Jerry W. Whitaker v. Pfizer, Inc., et al.*
23 (07-2530 CRB)

24 *Jacque Wolfe v. Pfizer, Inc., et al.*
   (05-4782 CRB)
25
   *Joyce Jones v. Pfizer, Inc., et al.*
26 (06-0087 CRB)

27

28
                          -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | *Patti Stevens-Rucker, Beneficiary of the Estate of Erma J. Fuller, Deceased. v. Pfizer, Inc., et al.* (05-4783 CRB) |
| | |

1  *Patti Stevens-Rucker, Beneficiary of the Estate of Erma J. Fuller, Deceased. v.*
2  *Pfizer, Inc., et al.*
   (05-4783 CRB)
3
   *Robin Slaton, Beneficiary of the Estate of*
4  *Lena R. Slaton, Deceased v. Pfizer, Inc., et al.*
   (05-4783 CRB)
5
   *Ted Kiper, Individually and as the Personal*
6  *Representative of the Estate of Rebecca D.*
   *Kiper v. Pfizer, Inc., et al.*
7  (06-6080 CRB)

8  *Jack L. King v. Pfizer, Inc., et al.*
   (06-6081 CRB)
9
   *Roy Lee Tessneer, Individually and as the*
10 *Personal Representative of the Estate of*
   *Barbara Tessneer v. Pfizer, Inc., et al.*
11 (07-1354 CRB)

12

13        Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

14 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

15 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

16 each side bearing its own attorneys' fees and costs.

17

18

19

20   DATED: 12/15, 2010      By: /s/ Navan Ward
                                 Navan Ward, Jr.
21                               **BEASLEY, ALLEN, CROW, METHVIN**
                                 **PORTIS & MILES, P.C.**
22                               234 Commerce Street
                                 P.O. Box 4160
23                               Montgomery, Alabama 36103
                                 Telephone: 334-269-2343
24                               Facsimile: 334-954-7555

25                               *Attorneys for Plaintiffs*

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 12/16, 2010     By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 2 2 2010

Hon. Charles R. Breyer
United States District Court

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**